IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
ENTERED

JAN 2 1 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DERRICK L. SPANN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-2139 |
| | § | |
| THOMAS TRAN, D.D.S., et al., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

For the reasons stated in the court's Memorandum of Dismissal, this action is **DISMISSED** for want of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 17th day of January, 2003.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

n:\files\m&r\02-2139.fj